IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CARLTON HARRISON, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05CV417-M |
| | ) | [WO] |
| GOSPEL LIGHT PUBLICATIONS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

Upon consideration of the Joint Motion To extend Time to Set Mediation, filed on 1 August 2005 (Doc. # 11-1), and for good cause, it is

ORDERED that the motion is GRANTED. The parties are DIRECTED to engage in mediation and inform the court of the outcome of mediation within 90 days of this order, or by 31 October 2005.

DONE this 2nd day of August, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE